

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MILAN M. MILUTINOVIC,

Petitioner,

v.

WARDEN OF IMPERIAL REGIONAL
DETENTION FACILITY, et al.,

Respondents.

Case No.:  3:26-cv-1644-CAB-JLB

**ORDER:**

**(1) GRANTING MOTION TO PROCEED IN FORMA PAUPERIS; AND**

**(2) ORDERING RESPONSE**

Petitioner Milan M. Milutinovic, an immigration detainee proceeding pro se[1], has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  Petitioner has also filed a motion to proceed in forma pauperis in which he attests he has no means to pay the $5.00 filing fee.  [Doc. No. 2.]  The Court **GRANTS** Petitioner's application to proceed in forma pauperis.  <u>The Clerk shall file the Petition without prepayment of the filing fee.</u>

---

[1] Petitioner may be interested in contacting Federal Defenders of San Diego to see if a Federal Defender can represent Petitioner in this matter. The telephone number for Federal Defenders' San Diego Office is 619-234-8467 (Toll Free: 888-614-9867) and the El Centro Office is 760-335-3510 (Toll Free: 877-404-9063).

1

Additionally, having reviewed the Petition, the Court finds summary dismissal is unwarranted at this tine. *Kourteva v. INS*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false.").

Accordingly, the Court **ORDERS** as follows:

1.      Respondents shall file a response to the Petition by **March 25, 2026**. The response must address the allegations in the Petition and must include any documents relevant to the determination of the issues raised in the Petition.

2.      Respondents shall serve a copy of the response on Petitioner by **March 27, 2026.**

3.      Petitioner may file a reply by **April 3, 2026**.

4.      To maintain the status quo, Respondents, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondents **SHALL NOT** transfer Petitioner outside of the Southern District of California pending the Court's resolution of the Petition.[2]

5.      The Clerk of Court shall provide the Civil Division of the U.S. Attorney's Office with a copy of the Petition and this Order.

It is **SO ORDERED**.

Dated: March 18, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

---

[2] *See Doe v. Bondi*, Case No. 3:25-cv-805-BJC-JLB, 2025 WL 1870979, at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

26cv1644-CAB (JLB)