UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILAN M. MILUTINOVIC,<br><br>                                    Petitioner,<br><br>v.<br><br>WARDEN, IMPERIAL REGIONAL<br>DETENTION FACILITY, et al.,<br><br>                                    Respondents. | Case No.:  3:26-cv-1644-CAB-JLB<br><br>**ORDER DISMISSING PETITION<br>FOR A WRIT OF HABEAS CORPUS** |

Before the Court is Petitioner Milan M. Milutinovic's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  Petitioner alleges that he has been in immigration detention since April 8, 2025 in violation of the Fifth Amendment. [*Id.* at 6, 17–18.]  Respondents argue that Petitioner's habeas petition is improperly filed. The Court agrees.

Petitioner was granted a bond hearing on October 8, 2025, where the immigration judge denied bond based on both flight risk and danger to the community.  [Doc. No. 5-4 at 2.]  Petitioner states that he appealed that decision to the Board of Immigration Appeals ("BIA") and it is "still being processed through the BIA."  [Petition at 6–7.]  The Ninth Circuit has held that it is improper for a habeas petitioner to ask the federal district court to review the immigration judge's decision before the BIA renders its decision on appeal.  *See*

1

*Leonardo v. Crawford*, 646 F.3d 1157, 1160 (9th Cir. 2011). Accordingly, the Court **DISMISSES without prejudice** the Petition.

It is **SO ORDERED**.

Dated:  June 11, 2026

_____

Hon. Cathy Ann Bencivengo
United States District Judge